SHERI THOME, ESQ.
Nevada Bar No. 008657
I-CHE LAI, ESQ.
Nevada Bar No. 12247
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
(702) 727 1264; FAX (702) 727 1401
Sheri.Thome@wilsonelser.com
I-Che.Lai@wilsonelsr.com
Rachel.Wise@wilsonelser.com
*Attorneys for Defendant Ricky J. Mcanally*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN M. SEELIG; VIKKI L. SEELIG,<br><br>Plaintiffs,<br><br>vs.<br><br>OLD VEGAS MANOR AND ESTATES HOMEOWNERS ASSOCIATION; OLD VEGAS RANCH LANDSCAPE MAINENANCE ASSOCIATION; TOMMY URIBE; LARRY FRESINSKI; MARGARET DENISE GUBLER; MARLA HOWARD; FIRST SERVICE RESIDENTIAL, NV; RICKY J. MCANALLY; DOES I-X; ROE CORPORATIONS I-X<br><br>Defendants. | Case No.: 2:20-cv-01976-APG-EJY<br><br>**SUBSTITUTION OF ATTORNEYS** |

The undersigned Defendant, Ricky J. Mcanally, hereby substitutes Law Offices of S. Denise McCurry, in place of Wilson, Elser, Moskowitz, Edelman & Dicker LLP in the above-entitled action.

DATED this 7th day December, 2020.

_____
Ricky J. McAnally

I hereby agree and consent to the above and foregoing substitution with respect to the above-entitled action.

DATED this ____ day of _____, 2020   —See Attached—

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

I hereby agree and consent to the above and foregoing substitution with respect to the above-entitled action.

DATED this 7th day of December, 2020

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

By: _____
RACHEL L. WISE, ESQ.

I hereby accept the above and foregoing substitution as attorney of record for Defendant Ricky J. Mcanally with respect to the above-entitled action.

DATED this 7 day of Dec., 2020.

LAW OFFICES OF S. DENISE MCCURRY

By: _____
CAROLYN BROUSSARD, ESQ.

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated:  December 9, 2020

1673336v.1