UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEPHEN M. SEELING; VIKKI L. SEELING, <br><br> Plaintiffs, <br><br> v. <br><br> OLD VEGAS MANOR AND ESTATES HOMEOWNERS ASSOCIATION; OLD VEGAS RANCH LANDSCAPE MAINTENANCE ASSOCIATION; TOMMY URIBE; LARRY FRESINKSI; MARGARET DENISE GUBLER; MARLA HOWARD; FIRST SERVICE RESIDENTIAL NV; RICKY J. MCANALLY; DOES I-X; ROE CORPORATIONS I-X, <br><br> Defendants. | Case No. 2:20-cv-01976-APG-EJY <br><br><br> **ORDER** |

Pending before the Court is Plaintiffs' Proposed Discovery Plan and Scheduling Order (ECF No. 48), as well as the Joint Proposed Discovery Plan and Scheduling Order filed by Defendants Old Vegas Manor and Estates Homeowners Association, and Old Vegas Ranch Landscape Maintenance Association (ECF No. 49). The Court has considered both filings as well as any exhibits attached to the filings. The Court finds that Plaintiffs did not provide any basis for objecting to the reasonable discovery plan and scheduling order proposed by Defendants. Plaintiffs' one sentence objection offers nothing more than a conclusory opposition. ECF No. 49-2.

Accordingly, IT IS HEREBY ORDERED that Defendants' proposed Joint Discovery Plan and Scheduling Order (ECF No. 49-1) is GRANTED. The Clerk of Court shall separate this document from the remainder of the filing at ECF No. 49 and file the same as the controlling discovery plan and scheduling order.

IT IS FURTHER ORDERED that Plaintiffs' Proposed Discovery Plan and Scheduling Order (ECF No. 48) is DENIED.

Dated this 17th day of May, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE