UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEPHEN M. SEELIG; VIKKI L. SEELIG,<br><br>Plaintiffs,<br><br>v.<br><br>OLD VEGAS MANOR AND ESTATES HOMEOWNERS ASSOCIATION; OLD VEGAS RANCH LANDSCAPE MAINTENANCE ASSOCIATION; TOMMY URIBE; LARRY FRESINKSI; MARGARET DENISE GUBLER; MARLA HOWARD; FIRST SERVICE RESIDENTIAL NV; RICKY J. MCANALLY; DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No. 2:20-cv-01976-APG-EJY<br><br>**ORDER** |

Pending before the Court is Defendants' Joint Notice to Court re: Dispositive Motion in Compliance with ECF No. 67; and Joint Request to Extend Time for Filing Dispositive Motion Under Fed. R. Civ. P. 15, Fed. R. Civ. P. 6(b)(1)(A) and LR IA 6-1. ECF No. 70. The Court has considered Defendants' Joint Motion to Extend Time and Plaintiffs' Response (ECF No. 74). The Court finds that Defendants have met the requirements of the Federal and Local Rules for the extension requested. Specifically, illness in lead counsel's firm, trial practice relating to a matter pending in the Eighth Judicial District Court together with short staffing arising from illness in Ms. Broussard's firm, and the complexity of the pending pleadings support a finding of good cause for the extension requested.

Accordingly, IT IS HEREBY ORDERED that Defendants' Joint Notice to Court re: Dispositive Motion in Compliance with ECF No. 67; and Joint Request to Extend Time for Filing Dispositive Motion Under Fed. R. Civ. P. 15, Fed. R. Civ. P. 6(b)(1)(A) and LR IA 6-1 (ECF No. 70) is GRANTED.

1  IT IS FURTHER ORDERED that the dispositive motion deadline pertaining to Plaintiffs' (third) Amended Complaint is **February 10, 2022**.

Dated this 10th day of January, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE