**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEPHEN M. SEELIG AND VIKKI L. SEELIG,<br><br>Plaintiffs<br><br>v.<br><br>OLD VEGAS MANOR AND ESTATES HOMEOWNERS ASSOCIATION, et al.,<br><br>Defendants | Case No.: 2:20-cv-01976-APG-EJY<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 86] |

I ORDER that the defendants' joint motion to extend time to file a reply and to enlarge the page limit **(ECF No. 86) is GRANTED**. The reply brief is due by Friday, March 25, 2022, and may total up to 20 pages in length.

DATED this 28th day of February, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE